UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
BRANDON S. RUSSELL  
MICHELLE RUSSELL

CHAPTER 13

CASE NO. 10-74704

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Wilmington Savings Fund Society        **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 2031

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1,290.66 |
| Amount Paid by Trustee | $1,290.66 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/17/2015            /s/Lydia S. Meyer  
                              Lydia S. Meyer, Trustee  
                              308 W. State St., Suite 212  
                              Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of June, 2015.

Dated:  6/17/2015            /s/Cynthia K. Burnard

WILMINGTON SAVINGS FUND SOCIETY FSB
dba CHRISTIANA TRUST BCAT 2014-4TT
PO BOX 52708   BANKRUPTCY DEPT
IRVINE, CA 92619-2708

BANK OF AMERICA
PO BOX 650070
DALLAS, TX  75265-0070

JILL LUETKENHAUS  #6299380
KOZENY & MCCUBBIN ILLINOIS LLC
105 WEST ADAMS STREET  SUITE 1850
CHICAGO, IL 60603

BRANDON S. RUSSELL
MICHELLE RUSSELL
712 N. 2ND STREET
ROCKFORD, IL  61107

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101